UNITED STATES DISTRICT COURT
WESTERN DIVISION OF NORTH CAROLINA

3:24-cv-632-KDB

MAURICE DEON RIVERS
    VS
MULTACOM CORPORATION / DAWGPOUNDUSA.COM

I. JURISDICTION
    FEDERAL QUESTION
    UNIVERSAL DECLARATION OF HUMAN RIGHTS
    DIVERCITY OF CITIZENSHIP

II. PLAINTIFF
    PLAINTIFF, MAURICE DEON RIVERS,
NOVEMBER 20, 1980

III. DEFENDANTS
    MULTACOM CORPORATION / DAWGPOUNDUSA
    4987 7TH AVE
    NEW YORK, NY 10018

IV. SEE ATTATCHMENT

## V. PRAYER FOR RELIEF

① A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE UNIVERSAL DECLARATION OF HUMAN RIGHTS.

② BANK STATEMENTS TO ALL PAYOUTS FROM PROCEEDS FROM ALL SALES EXIBITING PLAINTIFF'S LIKENESS, NAME, AND IMAGE. (ALL TIME)

③ A LIST OF (NAMES) OF ALL INDIVIDUALS AND COMPANIES PAID FROM STREAMS, DOWNLOADS OR PURCHASE OF ANY VIDEO OR IMAGE CONTAINING THE PLAINTIFF'S LIKENESS, NAME OR IMAGE. (ALL TIME)

④ PROCEEDS FROM THE SALES (VIDEOS) OF PLAINTIFF'S IMAGE AND NAME AND LIKENESS ONLINE

⑤ $800 MILLION DOLLARS FOR EMOTIONAL SUFFERING AND PAIN

6) CRIMINAL CHARGES PURSUED FOR THE PERPERTRATORS OF FRAUDULENT COMMUNICATION WITH ACTORS FROM THE COMPANY OR THE COMPANY ITSELF IN ORDER TO OBTAIN ANY FINACIAL GAIN ON BEHALF OF THE PLAINTIFF.

7) COMPLETE CLEARANCE ONLINE AND ELSEWHERE OF THE PLAINTIFF'S NAME IMAGES, VIDEOS AND ASSOCIATION WITH THE COMPANY, DAWGPOUNDUSA.COM

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF AND AS TO THOSE I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

# COMPLAINT

In 2009, I began a working relationship with "Jerry and Roy" who represent the company DawgPoundUSA. (2009-2012)

In between the stated years the pair ("Jerry and Roy") would fly me to select destinations across the country to film pornography.

On one occassion I was flew to "New York". I arrived one evening around 8:00 pm and I roamed the streets of Manhattan well into the next afternoon consuming crack cocaine throughout the night.

When the time for the "shoot" arrived I decided that I did not want to continue and I asked to be flew back home. I was sleep deprived, heavily intoxicated, inebriated and under the throes of crack cocaine withdrawal.

"JERRY AND ROY" INSISTED AND PERSISTED AGAINST MY PROTESTS UNTIL I RELENTED. I WAS OFFERED MORE MONEY, MORE ALCOHOL AND ERECTION DRUGS ALONG WITH MARIJUANA. I DESPISED EVERY MOMENT. I FELT WORTHLESS AND DEGRADED. I SPENT THE PROCEEDS ON MORE CRACK COCAINE.

I SIGNED A WAIVER UNDER DURESS. THE CONTRACT WAS VOID BECAUSE OF IT.

SHORTLY AFTER THE FILMING OF THE EPISODE IN NEW YORK SOMEONE RELEASED THE FILMS THAT INCLUDED ME TO A FICTICIOUS FACEBOOK PROFILE THAT HAD BEFRIENDED MY FAMILY CLASSMATES AND FRIENDS.

I ATTEMPTED SUICIDE.

INBETWEEN 2009 - PRESENT A GROUP OF PEOPLE PURPORTEDLY MEMBERS OF MY ESTRANGED FAMILY, FORMER GIRLFRIENDS A EX WIFE AND OTHERS HAVE

Case 3:24-cv-00632-KDB-SCR   Document 1   Filed 07/05/24   Page 5 of 8

FORMED A "FAMILY." THIS "FAMILY" HAS REACHED (PURPORTEDLY) OUT TO THE COMPANY (DAWGPOUNDUSA) THE OTHER ACTORS INVOLVED AS WELL AS MULTIPLE OTHERS IN A PLOT. THAT HAS SPREAD MULTIPLE MILLIONS OF DOLLARS ACROSS MULTIPLE BANK ACCOUNTS.

ALL THIS HAS BEEN DONE BEHIND MY BACK, WITHOUT MY CONSENT. I HAVE NOT RECIEVED 1¢ (CENT).

I SHARED MY STORY WITH EVERYONE I MET. I EXPRESSED MY DISDAIN FOR THE VIDEOS.

THESE PEOPLE SOUGHT PROFIT INSTEAD

MY MOTHER CRYSTAL RIVERS, MY DAUGHTER'S MOTHER MELISSA SESSOMS, CHARMEKA HOBBS, EX FRIEND JENELLE SALAZAR-BUTLER, HER HUSBAND (CREZOON) MELISSA'S HUSBAND (MADARIO) TAMIKA RIVERS (SISTER) CHRISTINA CHAMBERS (SISTER) JEAN CRAWFORD

UNCLE, DARRELL RIVERS (BROTHER) LAVONNA RIVERS (AUNT) VALENTINA CAPIZZI (SCAM ARTIST) AND VANITY GARDNER ALONG WITH KAMECHIA CROWDER USHER HAVE PURPORTEDLY AT SOME POINT IN DIFFERENT PAIRS BEEN A PART OF THIS SCAM TO DEFRAUD ME AND TO GAIN FROM THE EXPLOITATION OF MY NAME AND LIKENESS ONLINE.

RELIEF SOUGHT

I WOULD LIKE FOR THE UNITED STATES GOVERNMENT TO INVESTIGATE EACH VIDEO DISTRIBUTED BY THIS COMPANY, WHERE THE PROCEEDS INVOLVING THE DISTRIBUTION OF THE VIDEOS INVOLVING MY LIKENESS WERE ~~MARKED~~ DISTRIBUTED ALLOCATION OF THOSE FUNDS, THE COMPANY TO PAY ME THE PROFITS FROM THOSE VIDEOS AND THE ERRADICATION

OF MY NAME AND OTHER VIDEOS FROM THE SITE.

I SEEK $800 MILLION DOLLARS FOR PAIN SUFFERING HUMILIATION AND EMOTIONAL DAMAGE THAT I SUFFERED AFTER I WAS FORCED TO MAKE THAT VIDEO IN NEW YORK.

CRIMINAL CHARGES BROUGHT AGAINST ANY ONE WHO PROFITED BY USING MY NAME OR LIKENESS WITHOUT MY CONSENT.

OUTSIDE OF THE COMPANY NO ONE HAS EVER HAD MY CONSENT. NOR WILL THEY.

6-29-24
MAURICE RIVERS